**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ZORAIDA LAO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 6:26-cv-03348-MDH** |
| | ) | |
| **HAMRA ENTERPRISES, LLC,** ***et al.*** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Stipulated Notice of Voluntary Dismissal without Prejudice. (Doc. 22). The parties stipulate to the dismissal of this action without prejudice so that it may be refiled and proceed in private arbitration pursuant to the Parties' arbitration agreement.

WHEREFORE, after reviewing the parties' Stipulated Notice of Voluntary Dismissal without Prejudice, the Court hereby dismisses this case in its entirety, without prejudice. It is also ORDERED that Defendants' Motion to Dismiss and Compel Arbitration, Doc. 9, is DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 25, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**